■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BALKUM, Appellant. (Appeal No. 2.) [896 NYS2d 919]— Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered February 17, 2004. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (three counts) and grand larceny in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Balkum* (71 AD3d 1594 [2010]). Present—Smith, J.P., Centra, Fahey and Pine, JJ.